JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| DARNELL WAYNE ROBERTS, | ) | No. CV 11-08694-VBK |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| TERI GONZALEZ, | ) | |
| Respondent. | ) | |

Pursuant to the Memorandum and Order,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus By A Person in State Custody is denied and dismissed.

DATED: February 27, 2012         /s/
                                  VICTOR B. KENTON
                                  UNITED STATES MAGISTRATE JUDGE